Samuel D. Elswick
**Elswick & Richardson, PLLC**
418 8th Street, Suite 105
Huntington, WV 25701
Telephone: (304) 522-1534
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To: | |
| *Charles M. Sesher, et al. v. Pfizer Inc, et al.* (06-7740 CRB) | |
| *Edward Murphy, et al. v. Pfizer Inc, et al.* (07-0050 CRB) | |
| *James R. Rife, et al. v. Pfizer, Inc, et al.* (07-0054 CRB) | |
| *Geneva Hoffer, et al. v. Pfizer, Inc, et al.* (07-0408 CRB) | |
| *Wayne R. Nunn, et al. v. Pfizer, Inc, et al.* (07-0490 CRB) | |

COME NOW all the Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rules of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all Plaintiffs named therein with each side bearing its own attorneys' fees and costs.

1

DATED: 12/23, 2009   By: _____

                             **ELSWICK & RICHARDSON, PLLC**
                             418 8th Street, Suite 105
                             Huntington, WV 25701
                             Telephone: (304) 522-1534

                             *Attorneys for Plaintiffs*

DATED: December 28, 2009   By: _____

                             **DLA PIPER LLP (US)**
                             1251 Avenue of the Americas
                             New York, New York 10020
                             Telephone: (212) 335-4500
                             Facsimile: (212) 335-4501

                             *Defendant's Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: FEB - 3 2010   _____
                                        Hon. Charles R. Breyer
                                        United States District Court